# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CV166 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **TO SHOW CAUSE** |
| **CHRIS JOHNG,** | ) | |
| | ) | |
| Respondent. | ) | |

Upon the petition of the United States, and the declaration and summons attached thereto,

**IT IS ORDERED**:

1. Respondent, Chris Johng, shall appear before the United States District Court for the District of Nebraska in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m. on June 24, 2005** to show cause why the respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on February 1, 2005.

2. A copy of this Order to Show Cause, together with the petition and exhibits thereto, shall b e personally served on Chris Johng by an official of the Internal Revenue Service within twenty-one (21) days of the date of this Order and proof of service Civil Action No. 8:05CV166 filed with the Clerk of the District Court within five (5) business days after such service upon respondent.

3. Within ten (10) days of service of copies of this Order to Show Cause, the petition and exhibits thereto, the respondent shall file and serve a written response to the petition. If the respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney, at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted.

4.     If respondent complies with the summons, petitioner and respondent may jointly notify the Court in writing on or before the hearing by filing a notice of compliance with the Clerk of the Court and delivering a copy of the joint notice to the undersigned. Upon receipt of such written notice, the Court will cancel the hearing.

Dated this 18th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge