# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CV166** |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHRIS JOHNG,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the parties' notice of compliance (Filing No. 5). On April 18, 2005, the order issued an order for the respondent to appear and show cause why the respondent should not comply with and obey an Internal Revenue Service Summons (Filing No. 3). On June 21, 2005, the respondent and the petitioner filed a notice of compliance stating that the respondent has complied with the summons and that the hearing scheduled for June 24, 2005, at 1:30 p.m. is no longer required (Filing No. 5). Accordingly, the hearing scheduled for June 24, 2005, at 1:30 p.m. is cancelled.

**IT IS SO ORDERED.**

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge